## No. 974.

### THE TOWN OF ABBEVILLE VS. JOSEPH T. LABIT.

Coffee-house keeper and bar-keeper are convertible terms when used in a town ordinance.

A municipal corporation cannot impose any tax or license unless power is given to it by its charter, or is implied in some other law.

The general power granted to levy taxes for the maintenance of the town government includes the power to impose licenses, unless there is a restriction express or by implication of the exercise of this latter power.

APPEAL from a Justice Court of Abbeville.

*King* for Defendant Appellant.　　*O'Bryan* for Plaintiff.

The suit is for the recovery of sixty dollars for license as bar-keeper. The words used in the ordinance of the town are "coffee-house keeper," to designate the occupation. The defendant is the proprietor of a coffee-house in the town. By the act of incorporation authority is conferred to make all rules and ordinances meet for the good government of the town, and for the police of "grog-shops, public houses," etc., and to levy and collect annual taxes on all "property, persons, and things subject to taxation."

DE BLANC, J., delivered the opinion affirming the judgment.